ORIGINAL

FILED

05/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0679

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0679

LISA WARRINGTON,

Plaintiff and Appellant,

v.

GREAT FALLS CLINIC, LLP,

Defendant and Appellee.

FILED

MAY 1 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

---

Before the Court is the Appellee Great Falls Clinic, LLP's ("Clinic") motion to strike page seven of Appellant Lisa Warrington's ("Warrington") reply brief filed on April 22, 2020. The Clinic argues that Warrington's argument is improper because it is not "confined to new matter raised in the brief of the Appellee" as required by M. R. App. P. 12(3). The Clinic claims that Warrington's reply brief improperly presents for the first time her argument as to how she calculates the post-judgment interest she seeks. The Clinic claims post-judgment interest was never addressed in its response brief and thus Warrington's reply brief addressing it is improper.

Warrington filed her objection on April 30, 2020, arguing that she has maintained her position that she is entitled to a daily rate of interest until judgment is fully satisfied and that she was responding directly to the Clinic's brief.

In the meantime, the Clerk of Court sent this matter up to the Court as fully briefed and ready for classification. Because the case is fully briefed and soon will be considered for submission, the Court will take the motion to strike under advisement for consideration with the merits of the appeal.

IT IS THEREFORE ORDERED that the Appellee's Motion to Strike is TAKEN UNDER ADVISEMENT.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 12 day of May, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices